IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:95cr00201-02 JMM

GREGORY GRIGGS

ORDER

As part of Defendant's sentencing imposed September 10, 1996, Defendant was ordered to pay a $15,000 fine.[1]

On February 23, 2010, this Court found Defendant had violated his supervised release and sentenced him to a term of imprisonment of twenty four (24) months to run consecutively to the term of imprisonment imposed in the Eastern District of Missouri Case number 4:07cr00184 ERW. Any balance remaining on the fine previously imposed in the above case was suspended.

The Clerk is requested to provide a copy of this Order to the United States Probation Office and the United States Marshals Service, who should provide a copy to the Bureau of Prisons.

The Clerk is also requested to provide a copy to the Financial Section of the Clerk's office and a filed copy to Defendant, Register #36755-060, FCI Terre Haute, Federal Correctional Institution, P. O. Box 33, Terre Haute, IN 47808.

IT IS SO ORDERED THIS 23rd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant was sentenced by Judge Elisjane T. Roy, now deceased.