IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v. No. 4:95-cr-201-2 JM

GREGORY GRIGGS

ORDER

Pending is the Defendant's pro se request to have his criminal record expunged as it relates to his 1996 conviction in this matter. (Docket No. 172). The government filed a response objecting to the request.

Griggs seeks to have his conviction expunged to "[remove] barriers that impede Petitioner's continued efforts to maintain stability, support his family, and contribute positively to society." He cites no statutory authority for his requested expungement. This Court does not have ancillary jurisdiction to expunge convictions based solely on equitable considerations. *United States v. Meyer,* 439 F.3d 855, 859-60 (8th Cir.2006).

The motion to expunge Defendant's criminal conviction (Doc. No. 172) is DENIED.

IT IS SO ORDERED this 4th day of August, 2026.

James M. Moody Jr.
United States District Judge